Jason Barrat; AZ Bar No. 029086
Michael Zoldan; AZ Bar No. 028128
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff
Noel Hendrix

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **Noel Hendrix**, <br><br> Plaintiff, <br><br> v. <br><br> **Chipotle Mexican Grill, Inc.**, a Delaware Corporation, <br><br> Defendant. | Case No.  CV-20-01595-SPL <br><br> **NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT** <br><br> **(Assigned to the Hon. Steven P. Logan)** |

Notice is hereby given that on September 1, 2020, Plaintiff, by and through undersigned counsel, filed her First Amended Verified Complaint. Attached is the First Amended Verified Complaint with strikethroughs indicating deletion and underlining indicating additions.

RESPECTFULLY SUBMITTED September 1, 2020.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Michael Zoldan
    14500 N. Northsight Blvd, Suite 133
    Scottsdale, AZ 85260
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System.  All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke