ERICA K. ROCUSH, SB #021297
Erica.Rocush@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Chipotle Mexican Grill, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Noel Hendrix,<br><br>             Plaintiff,<br><br>    vs.<br><br>Chipotle Mexican Grill, Inc., a Delaware Corporation,<br><br>             Defendant. | Case No. CV-20-01595-PHX-SPL<br><br>**JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS [DOC. 29]** |

The Parties, by and through their respective undersigned counsel, hereby submit this Joint Report regarding settlement discussions pursuant to the Court's Rule 16 Case Management Order [Doc. 29].

The Court's Rule 16 Case Management Order required the Parties to meet in person and engage in good faith settlement talks no later than July 7, 2021, and file a Joint Report no later than five (5) working days after the July 7, 2021, deadline regarding their settlement discussions.

The Parties engaged in good faith settlement discussions in advance of the July 7, 2021, deadline. The Parties agreed to attend mediation, which has been scheduled with mediator Amy Lieberman on July 15, 2021.

/ / /

/ / /

4844-0023-4481.1

DATED this 13th day of July 2021.

**LEWIS BRISBOIS, BISGAARD & SMITH, LLP**

By  /s/ *Erica K. Rocush*
    Erica K. Rocush
    *Attorneys for Defendant Chipotle Mexican Grill, Inc.*

**ZOLDAN LAW GROUP, PLLC**

By  /s/ *Michael Zoldan* (with permission)
    Michael Zoldan
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically transmitted the foregoing to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

Jason Barrat
Michael Zoldan
ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
jbarrat@zoldangroup.com
mzoldan@zoldangroup.com
*Attorneys for Plaintiff Noel Hendrix*

/s/ *Rena Crockett*



4844-0023-4481.1                                    2