Jason Barrat; AZ Bar No. 029086
Michael Zoldan: AZ Bar No. 028128
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
jbarrat@zoldangroup.com
mzoldan@zoldangroup.com

Attorneys for Plaintiff
Noel Hendrix

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Noel Hendrix**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Chipotle Mexican Grill, Inc.**, a Delaware Corporation,<br><br>Defendants. | Case No. 2:20-CV-01595-SPL<br><br>**STIPULATION OF DISMISSAL**<br><br>**(Assigned to the Hon. Steven P. Logan)** |

The parties hereby stipulate to the dismissal with prejudice of the above-captioned lawsuit, each side to bear their own costs and fees. A Proposed Order has been submitted herein for the Court's convenience.

///

///

///

///

///

///

RESPECTFULLY SUBMITTED July 26, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Michael Zoldan
14500 N. Northsight Blvd. Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff

**LEWIS BRISBOIS, BISGAARD & SMITH, LLP**

By: /s/ (w/ permission) Erica Rocush
Erica K. Rocush
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke