IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Noel Hendrix,<br><br>                    Plaintiff,<br><br>vs.<br><br>Chipotle Mexican Grill Incorporated,<br><br>                    Defendant. | No.  CV-20-01595-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1.    That the Stipulation of Dismissal (Doc. 31) is **granted**;

2.    That this action is **dismissed with prejudice** in its entirety;

3.    That each party shall bear its own costs and attorneys' fees; and

4.    That the Clerk of Court shall terminate this action.

Dated this 26th day of July, 2021.

Honorable Steven P. Logan
United States District Judge